## P AND L PROPERTIES, INC. *v.* CITY OF NEW HAVEN
## (AC 16013)

Foti, Landau and Heiman, Js.

Argued May 29—officially released June 24, 1997

Per Curiam. The judgment is affirmed.

## IN RE VETERANS MEMORIAL MEDICAL CENTER
## (AC 16010)

Heiman, Schaller and Spear, Js.

Argued May 30—officially released June 24, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.

## GRAHAM HERWERTH *v.* CITY OF GROTON
## (AC 16788)

Foti, Landau and Heiman, Js.

Argued June 4—officially released July 8, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.